■ SYRACUSE TRANSIT CORPORATION, Appellant, v. HERTZ CORPORATION, Respondent, et al., Defendant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Onondaga Trial Term dismissing plaintiff's complaint on the merits, as to defendant Hertz Corporation on motion made at the close of the evidence.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ SYRACUSE TRANSIT CORPORATION, Appellant, v. HERTZ CORPORATION, Defendant, and JOHN SCHROEDER, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Onondaga Trial Term for defendant Schroeder and against plaintiff for no cause of action.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ In the Matter of SALVATORE J. PIAZZA, Doing Business as RANSOMVILLE GENERAL HOSPITAL, Appellant, against TOWN ASSESSOR OF THE TOWN OF PORTER, Respondent.— Order reversed, with $10 costs and disbursements and motion denied, with $10 costs. Memorandum: In our opinion, the application for correction of the assessment had been made in " due time " within the meaning of section 290-c of the Tax Law. All concur. (Appeal from an order of Niagara Special Term granting respondent's motion to dismiss a proceeding to review assessments upon petitioner's realty.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.